FILED
December 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003128133

Law Offices of
SIDNEY L. ALEGRE #188172
1103 Holly Drive
Tracy, CA 95376
Telephone: (209) 830-2939

Attorney for Debtors
Kenneth Yorks and Linda Yorks

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>KENNETH YORKS and LINDA YORKS,<br><br>Debtors. | Bankruptcy Case No. 10-50646-D-7<br><br>DCN- SLA-1<br><br>MOTION FOR TRUSTEE TO ABANDON BUSINESS ASSETS<br><br>Date: February 2, 2011<br>Time: 10:00 am<br>Place: 501 I Street, 6th Floor<br>Courtroom 34, Sacramento, CA |

Debtors hereby request an order for the trustee to abandon the business assets of the Debtors, known as Yorks Maintenance, for the reasons set forth in the Declaration of Debtors, filed concurrently herewith.

Dated: December 6, 2010　　　　　/s/ Sidney L. Alegre
　　　　　　　　　　　　　　　　Sidney L. Alegre, Attorney for Debtors
　　　　　　　　　　　　　　　　Kenneth Yorks and Linda Yorks